UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD KEELS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No.
07-CV-11677

HON. BERNARD A. FRIEDMAN

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is presently before the court on cross motions for summary judgment. Magistrate Judge Steven D. Pepe has submitted a report and recommendation in which he recommends that the court deny plaintiff's motion and grant defendant's motion. Neither party has objected to the report and recommendation and the objection period has lapsed. The court has reviewed the parties' motions, the administrative record and the report and recommendation. The court is persuaded that the magistrate judge correctly analyzed all of the issues and reached the proper conclusion. Accordingly,

IT IS ORDERED that Magistrate Judge Pepe's report and recommendation is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                                    s/Bernard A. Friedman
                                                    BERNARD A. FRIEDMAN
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Dated: June 12, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman